# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DAVID LIBRACE**                                                                                       **PLAINTIFF**

**v.**                 **CASE NO. 2:19-CV-00078-BSM**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                                 **DEFENDANT**

## ORDER

The Commissioner of the Social Security Administration is correct, this court does not have jurisdiction to consider the claims presented by David Librace because he has failed to exhaust his administrative remedies. Instead of filing this case with the Social Security Administration and letting the process play out, Librace is seeking to bypass the system and has presented his case directly to the district court. This is not permitted.

After reviewing he entire record, *de novo,* including Librace's objections, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 14] is adopted in its entirety. The Commissioner's motion to dismiss [Doc. No. 8] is granted, the complaint [Doc. No. 2] is dismissed with prejudice, and Librace's motion for default judgment [Doc. No. 18] is denied.

IT IS SO ORDERED this 7th day of February, 2020.

                                                                                                  _____
                                                                              UNITED STATES DISTRICT JUDGE