IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DAVID LIBRACE**                                                                            **PLAINTIFF**

**v.**                      **CASE NO. 2:19-CV-00078-BSM**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of February, 2020.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE